**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ROBERT DRISCOLL, <br><br> Plaintiff, <br><br> v. <br><br> NJ DEPARTMENT OF COMMUNITY AFFAIRS, <br><br> Defendant. | HONORABLE KAREN M. WILLIAMS <br><br> Civil Action <br> 24-0439 (KMW-MJS) <br><br> **MEMORADUM OPINION AND ORDER** |

WHEREAS, the Court denied Plaintiff Robert Driscoll's ("Plaintiff") Application to Proceed in Forma Pauperis without prejudice on February 1, 2024 (ECF No. 3) and directed Plaintiff to file a completed Application to Proceed in Forma Pauperis or pay the $405 filing fee within 30 days of the entry of the order; and

WHEREAS, to date, Plaintiff has failed to respond.

IT IS HEREBY on this ___ day of March, 2024,

**ORDERED** that this case be **DISMISSED**; and

**FURTHER ORDERED** that the Clerk of Court close this case.

KAREN M. WILLIAMS<br>
United States District Judge